

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

TERRILL GOODS SR.    #83747869

*(Enter above the full name of the plaintiff or plaintiffs in this action).*    *(Inmate Reg. # of each Plaintiff)*

**VERSUS**    CIVIL ACTION NO. 1:24-CV-00250
*(Number to be assigned by Court)*

James A. Daley, et. al.,

*(Enter above the full name of the defendant or defendants in this action)*

## COMPLAINT

I. **Previous Lawsuits**

    A.    Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

              Yes _____    No __✓__

1

B.  If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

   1. Parties to this previous lawsuit:

      Plaintiffs: _____

      _____

      _____

      Defendants: _____

      _____

      _____

   2. Court (if federal court, name the district; if state court, name the county);

      _____

   3. Docket Number: _____

   4. Name of judge to whom case was assigned:

      _____

   5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?

      _____

   6. Approximate date of filing lawsuit: _____

   7. Approximate date of disposition: _____

II. Place of Present Confinement: F.C.I. McDowell

  A. Is there a prisoner grievance procedure in this institution?

  Yes ✓    No ___

  B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

  Yes ✓    No ___

  C. If you answer is YES:

  1. What steps did you take? Wrote a few complaints on the Kiosk. Complaints can be subpoenaed. PLEASE.

  2. What was the result? Staff refused to address my complaints truthfully.

  D. If your answer is NO, explain why not: ___

III. Parties

(In item A below, place your name and inmate registration number in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

  A. Name of Plaintiff: Terrill Goods Sr. #83747509

  Address: F.C.I. McDowell Welch, WV.

  B. Additional Plaintiff(s) and Address(es): ___

3

(In item C below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item D for the names, positions, and places of employment of any additional defendants.)

C. Defendant: James A. Daley

is employed as: Head Jailer / Fed. Lawyer?

at Campbell County Detention Center; Newport, Ky.

D. Additional defendants: 3. Deputy Turner, 2. Deputy Hunt, 4. Deputy Hamilton, 5. Deputy Tyler, 6. Sgt. Haskins, 1. Sgt. Dorgan (First Hand Knowledge)

IV. **Statement of Claim**

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

1. During the month of August 2022 I tested positive for Covid-19. As a result instead of getting medical attention me and another inmate were placed in isolation for 4 dys. Adding to the dangerous policy I missed an important pre-trial court date. All could have been avoided being the staff has a 15 min. C-19 test. But instead of using tests on "new arrivals" jail staff allowed inmates to pass thru untested. These negligent actions almost killed me.

4

IV.   Statement of Claim (continued):

2. James A. Daley also violated Attorney/client priviledge. During trial in Dec. 2022, AUSA admitted that Daley gave her unlimited, unlawful, and illegal access to my phone calls and texts. SEE: (Trial Transcripts pg. 1018). Staff denied this allegation.

3. Daley retaliated by means of "cruel and unusual punishment" After a final Sent. hearing Daley gave staff orders to put me on "High Risk" suicide watch on 5/24/23. After being tipped off about this filing and implicating Daley in a conspiracy for "18/ The Hobbs Act Extortion under color of Right." 8th Amend. protection ignored!!!

V.   Relief

<u>State briefly exactly what you want the court to do for you.</u> Make no legal arguments. Cite no cases or statutes.

Monetary Damages are applicable for all 3 of these nefarious deprivations of my constitutional rights. Each one of them are listed via transcript or medical Rec. As a result these acts have caused permanent mental anguish. Punitive Damages are manditory because acts 2 and 3 were done intentionally and maliciously Damage Awards compensate injuries that are caused by the deprivation of const. rights. Mr. Daley and other "conspirators" behavior was callous and reckless. Compensatory damages are also needed being Daley colluded with

V. Relief (continued)):

AUSA's. These officials acting under color of law, caused the deprivation of federal rights. Daley in his individual and official capacity oversaw policies and customs that played a part in violating federal law. I'm seeking 35 million dollars in damages. Punitive damages / compensatory damages are requested.

VII. Counsel

    A. If someone other than a lawyer is assisting you in preparing this case, state the person's name:

    _____

    B. Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?

        Yes _____     No ✓

    If so, state the name(s) and address(es) of each lawyer contacted:

    _____

    _____

    If not, state your reasons: I would like the court to appoint counsel to aide in attaining court/Medical records.

    C. Have you previously had a lawyer representing you in a civil action in this court?

        Yes _____     No ✓

6

If so, state the lawyer's name and address:

_____

_____

Signed this __2nd__ day of __May__, 20__24__.

_____*Terrill Goods Jr.*_____

_____

_____

_____
Signature of Plaintiff or Plaintiffs

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __5/2/24__.
(Date)

_____
Signature of Movant/Plaintiff

_____
Signature of Attorney
(if any)

7